# Exhibit C

# PosiGen Developer LLC's Notice to Employees Dated August 25, 2025

**PosiGen Developer LLC**

August 25, 2025

<u>By Email</u>

Susan Fracasso
Rapid Response Unit
Connecticut Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109-1114
dol.rapidresponse@ct.gov

Mark Lauretti
Mayor of the City of Shelton
shelton01@cityofshelton.org

Roberto Alves
Mayor of the City of Danbury
r.alves@danbury-ct.gov

Ken Lesser
Mayor of the City of Wethersfield
ken.lesser@weathersfieldct.gov

Re: <u>WARN Act Notice</u>

Dear Madam or Sir:

PosiGen Developer LLC (together with its indirect parent, PosiGen, PBC, the "<u>Company</u>") is experiencing significant financial difficulties and is therefore required to cease most of its operations throughout the United States, effective immediately. As a result, and without limitation, the Company is implementing a permanent layoff in its facilities located at 50 Ivy Brook Rd Shelton, CT 06484; 98 Mill Plain Rd, Suite 2C Danbury, CT 06811; and 100 Great Meadow Rd Suite 205 Wethersfield, CT 06109 (collectively, the "<u>Facilities</u>"), effective immediately, affecting employees located in or reporting remotely to the Facilities. This layoff will result in, among other things, the permanent closure of one or more operating units at the Facilities. The Company is actively seeking to obtain sufficient financing from its lender to continue its remaining operations and/or to effectuate a sale of its remaining business and, if it cannot do so, it intends to shut down all operations and close the entire Facilities on a permanent basis.

This notice serves to satisfy all applicable requirements of the federal Worker Adjustment and Retraining Notification Act (29 U.S.C. §2101 et seq.) the "<u>WARN Act</u>"). The Company does not admit that such laws apply or that notice is required. If no WARN Act obligations exist, this notice is being provided to you voluntarily.

The layoff is expected to be on a permanent basis, but the Facility will continue to remain open. The layoff commenced on August 24, 2024, with 78 employees located in, or reporting to, the Facilities.

If the Company is not able to obtain sufficient financing to continue operations or to effectuate a sale of its remaining business, the Company expects to shut down all operations and (i) close the entire Facilities on a permanent basis and (ii) in connection therewith, terminate all of the remaining employees located in or reporting remotely to the Facilities (which is 8 employees) during the period between August 31, 2025 and September 13, 2025.

No transfer or "bumping rights" (i.e. retention of personnel based on seniority) are applicable and no union represents any of the affected employees. The information contained in this letter is based on the best information available to the Company at this time.

The positions affected by this layoff, and the number of employees currently holding each such position, are set forth in Exhibit "A" attached hereto.

The Company was not able to provide earlier notice due to the applicability of the "faltering company" and "unforeseeable business circumstances" exceptions to the WARN Act, as explained below.

The Company has been experiencing rapid growth recently due to certain external opportunities. The growth has placed the Company in a liquidity strain both in the short term and the long term. The Company was able to raise short-term financing to address its liquidity needs while it progressed towards a long-term financing solution. Ultimately, the Company's efforts to raise long term capital, including through a possible asset securitization transaction, failed. This all occurred in the shadow of the passage of a new federal tax law that cancelled certain federal renewable energy tax credits as of the end of 2025, adding regulatory uncertainty to the renewables industry and making it more difficult for the Company to secure financing.

The Company was forced to use its working capital to advance toward completion the solar systems it is obligated to complete, and quickly found itself in a precarious liquidity position. The Company's subsidiary, PosiGen Backleverage, LLC ("Backleverage"), then missed making an interest payment on its credit facility in favor of preserving capital to make payments to its channel partners and pay operating expenses. The Company engaged in productive discussions with the lender under that facility but, in early August 2025 the lender exercised its rights to freeze cash in one of Backleverage's bank accounts, issue a notice of default, and accelerate the entire amount due in connection with the credit facility. These actions further strained the company's working capital and caused a sudden and unexpected interruption to the Company's business. The Company continued to work diligently with the Backleverage lenders, as well as with the Company's own creditors and equity investors, to secure capital to continue the operations of the Company.

Unfortunately, after extensive negotiations with the Company's existing stakeholders and a number of third parties, the Company has now determined that it is unable to secure sufficient capital to continue most of its operations and avoid the need for a significant headcount reduction. Although Backleverage believes it has obtained limited near-term liquidity this weekend from the lender under its credit facility, such limited near-term liquidity has been earmarked by the lender to preserve only a small portion of the Company's business. The Company must therefore cease all of its other business operations. These business circumstances were not reasonably foreseeable, and arose in an increasingly challenging economic environment that already has forced several other major companies in the renewables industry to cease or significantly reduce their operations.

At the time that notice would have been required, the Company was actively engaged in attempting to secure capital, which would have allowed the Company to avoid the restructuring and significant headcount reductions set forth herein. The Company believes that the sending of WARN notices prior to today would have prevented the Company from obtaining any new financing as it would have, among other things, risked the departure of employees, channel partners and customers (both existing and prospective) before any such new financing could have been consummated.  This notice is being provided as soon as practicable after the Company learned that it would not be able to obtain the necessary capital to avoid this layoff.

For further information regarding this notice, please contact the Human Resources Department at hr@posigen.com or Brandy Mulherin, Vice President, Human Resources, at PosiGen Developer LLC, by telephone ((504) 655-1067) or by email bmulherin@posigen.com.

Sincerely yours,

PosiGen Developer LLC

*John Truschinger*

John Truschinger
Chief Administrative Officer

**Exhibit A**

The positions affected by this layoff are as follows:

| Position | Number of Employees |
|---|---|
| Activation Technician | 1 |
| Business Development Representative | 1 |
| Compliance Manager | 1 |
| Electrical Apprentice | 1 |
| Electrician | 3 |
| Energy Efficiency Admin | 1 |
| Energy Efficiency Coordinator | 2 |
| Energy Efficiency Tech II | 1 |
| Energy Efficiency Tech III | 2 |
| Energy Efficiency Technician | 4 |
| Inside Sales Representative | 8 |
| Manager District Sales | 1 |
| Manager Electrical | 1 |
| Manager Inside Sales | 1 |
| Manager Post Install | 1 |
| Manager Territory Sales | 3 |
| Program Manager | 1 |
| Quality Control Inspector | 1 |
| Recovery Advocate Specialist | 2 |
| RES | 22 |
| Site Surveyor II | 1 |
| Site Surveyor III | 1 |
| Skedulo Administrator | 2 |
| Sr Inside Sales Representative | 3 |
| Sr Manager Community Impact | 1 |
| Sr Manager Energy Efficiency | 1 |
| Sr Partner Success Manager | 1 |
| Sr RES | 1 |
| Supervisor Billing and Contracts | 1 |
| Supervisor Energy Efficiency | 2 |
| Supervisor Utility/Permitting | 1 |
| Talent Acquisition Recruiter | 1 |
| Team Leader Inside Sales | 2 |
| VP Public Policy & Government Affairs | 1 |
| Warehouse Technician I | 1 |

The remaining positions that will be terminated if the Company is not able to obtain sufficient financing to continue operations or to effectuate a sale of its remaining business are as follows:

| Position | Number of Employees |
| --- | --- |
| Collections Agent | 1 |
| Electrician | 1 |
| Field Collections Agent | 1 |
| Field Service Technician III | 1 |
| Manager Regional Field Service | 1 |
| Scheduling Coordinator | 1 |
| State Incentive Coordinator II | 1 |
| Supervisor IT Support | 1 |